UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Doe,
    Plaintiff(s)

v.                                      CIVIL ACTION
                                        NO. 17-40151-TSH

Johnson & Wales University,
    Defendant(s)

**ORDER FOR TRANSFER**

Hillman, D.J.

    In accordance with this Court's Order dated 3/2/18, it is hereby ORDERED that the above-entitled action be and hereby is TRANSFERRED to the United States District Court for the District of Rhode Island, Pursuant to 28 U.S.C. §1404(a) for all further proceedings.

                                        By the Court,

                                        /s/ Martin Castles
                                        Deputy Clerk
Date:  March 2, 2018